PD-0913-15

NO. 08-13-00337-CR

David Lee Kelley,
Petitioner

VS.

The State of Texas,
Respondent

FILED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

§
§
§
§
§
§
§
§
§

IN The Texas Court
of
Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

## Motion for Extension of Time to File PDR

To the Honorable Judge of the Court of Criminal Appeals:

Comes Now, David Lee Kelley, Petitioner, and files this motion for an extension of sixty-(60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the court the following:

### I

The Petitioner was convicted in the 355th District Court of Hood County, Texas of the offense of Possession of a controlled with intent to deliver in Cause No. CR 92456, Styled The State of Texas vs. David Lee Kelley, The Petitioner appealed to the Court of Appeals, Eighth Supreme Judicial District, Appeal No. 08-13-00337-CR. The case was affirmed on June 18, 2015.

### II

The present deadline for filing for Discretionary Review is on or about July 31, 2015 The Petitioner has not requested any extension prior to this request.

1 of 2

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until <u>July 7, 2015</u>. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, <u>Matthew Mills</u>, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause NO. <u>08-13-00337-CR</u> to <u>on or about November 25, 2015.</u> Approximately sixty-(60) working days from the deadline date

Respectfully Submitted

<u>Dai Kelly</u>
Petitioner Pro Se
TDCJ# 1886975
Texas Department of Criminal Justice

Petitioner David Lee Kelley requests that the court allows him to file fewer Copies than the original eleven-(11) copies. By invoking T.R.A.P No. 2

Respectfully

_R.L Kelly_
Petitioner Pro Se

# Certificate of Service

I, <u>David Lee Kelley</u>, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States mail, postage prepaid, first class, to the State Prosecuting Attorney, P.O. BOX 12405, Austin, TX 78711, and the District Attorney for <u>Hood</u> county, Texas on the <u>10th</u> day of <u>July</u>, 2015.

<u>David Kelley</u>
Petitioner Pro Se